**Fill in this information to identify the case:**

Debtor 1     Jediael Dos Santos

Debtor 2     _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Massachusetts

Case number   1:17-bk-13342

---

Official Form 410S1

# Notice of Mortgage Payment Change         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Chalet Properties III, LLC

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account:  8 5 8 6

**Date of payment change:**
Must be at least 21 days after date of this notice    10/01/2020

**New total payment:**    $ 1,497.37
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ _____      New escrow payment:  $ _____

## Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  3.00 %            New interest rate:  4.00 %
   Current principal and interest payment:  $ 822.52       New principal and interest payment:  $ 1,096.03

## Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

   Reason for change: _____
   Current mortgage payment: $ _____       New mortgage payment: $ _____

Official Form 410S1            Notice of Mortgage Payment Change            page 1

Debtor 1 **Jediael Dos Santos**
First Name    Middle Name    Last Name

Case number (*if known*) 1:17-bk-13342

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michelle R. Ghidotti-Gonsalves, Esq.
Signature

Date 07/29/2020

Print: **Michelle R. Ghidotti-Gonsalves**
First Name    Middle Name    Last Name

Title Agent for Secured Creditor

Company **Ghidotti Berger, LLP**

Address **1920 Old Tustin Avenue**
Number    Street

**Santa Ana**          **CA**      **92705**
City                   State     ZIP Code

Contact phone 949-427-2010

Email bknotifications@ghidottigberger.com

# CERTIFICATE OF SERVICE

On July 29, 2020, I served the foregoing document described as *Notice of Mortgage Payment Change* on the following individuals by electronic means through the Court's ECF program:

**COUNSEL(S) FOR DEBTOR(S)**

Nicola Yousif              yousiflawecf@gmail.com, g25763@notify.cincompass.com

**TRUSTEE(S) / COUNSEL(S) FOR TRUSTEE(S)**

Carolyn Bankowski         13trustee@ch13boston.com
John Fitzgerald           USTPRegion01.BO.ECF@USDOJ.GOV

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker

On July 29, 2020, I served the foregoing documents described as *Notice of Mortgage Payment Change* on the following individuals by depositing true copies thereof in the United States mail at North Miami Beach, FL, enclosed in a sealed envelope, with postage paid, addressed as follows:

*Debtor*
**Jediael Dos Santos**
47 Mill St
Abington, MA 02351

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker

1

**BSI Financial Services**
116 Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
myloanweb.com/BSI

July 22, 2020

JEDIAEL DOS SANTOS
47 MILL ST
ABINGTON        MA  02351

RE:  Mortgage Loan #: ███████
Property Address:  47 MILL ST
ABINGTON        MA 02351

Dear  JEDIAEL DOS SANTOS:

Under the terms of your mortgage loan modification dated 10/01/2014, your interest rate was due to change to 3.00000%% on 09/01/2019, to increase the interest rate to the next step rate. This change in your interest rate would have increased your principal & interest monthly payment to $955.58, and your first payment at the new adjusted level was to be due 10/01/2019.

However, after reviewing your account, we have determined that we inadvertently skipped making that change.  We will not ask you to pay this higher amount due to our mistake. However, we will process this step rate change several months after it should have been made effective so that your new rate of 4.00000%% will go into effect 09/01/2020 and your new monthly principal & interest payment of $1,096.03 will go into effect 10/01/2020. You will receive a letter notifying you of each step rate change. Subsequent step rate changes will go into effect in accordance with the schedule set forth in your loan modification agreement; only this particular step rate increase will go into effect late and it will end as contemplated in your modification agreement.

We apologize for any confusion this may have created.  Below is a chart that displays your current rate and payment and this new step rate of *4.00000%* and the resulting monthly payment.

**Licensed as Servis One, Inc. dba BSI Financial Services**.

BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.



BSI Financial Services
314 Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
myloanweb.com/BSI

**The table below shows your current rate and payment and your new rate and payment:**

|  | Current Rate and Monthly Payment | New Rate and Monthly Payment |
|---|---|---|
| **Interest Rate** | 3.00000% | 4.00000%% |
| **Principal** | $418.48 | $289.34 |
| **Interest** | $404.04 | $806.69 |
| **Escrow (Taxes and Insurance)** | $401.34 | $401.34 |
| **Total Monthly Payment** | $1223.86 | $1497.37 due October 1, 2020 |

**Please note:**
Your monthly payment includes an escrow amount for property taxes, hazard insurance and other escrowed expenses (if applicable).  If the cost of your homeowners insurance, property taxes or other escrowed expenses increase, your monthly payment is subject to increase as well.  The escrow payment amounts shown are based on current data and represent a reasonable estimate of expenditures for future escrow obligations; however, please note that your escrow payments may be adjusted periodically in accordance with applicable laws.

Your total monthly payment is calculated by adding the principal, interest and escrow amounts.

**The table below shows the schedule of adjustments to your current interest rate and estimated future changes to your monthly mortgage payment:**

| *Date next rate goes into effect.* | *Interest Rate* | *Date next payment goes into effect.* | *Principal and Interest Payment* |
|---|---|---|---|
| **09/01/20** | **4.00000%** | **10/01/20** | **$1096.03** |
| **09/01/20** | **4.12500%** | **10/01/21** | **$1113.87** |

***Once you have reached your last step, your interest rate and payment will be fixed per the terms of your modification for the remainder of your loan.**

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

BSI Financial Services
185 Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
myloanweb.com/BSI

**If You Anticipate Problems Making your Payments:**

- Contact BSI Financial Services at 1-888-738-5873 as soon as possible to discuss your options.
- If you seek an alternative to the upcoming changes to your interest rate and payment, the following options may be possible (however, most are subject to lender approval):
  - Refinance your loan with another lender;
  - Modify your loan terms with us;
  - Sell your home and use the proceeds to pay off the your current loan;
  - If you are not able to continue paying your mortgage, your best option may be to find more affordable housing. As an alternative to foreclosure, you may be able to enter into a short sale by selling your home and using the proceeds to pay off your current loan or to deliver to us a deed-in-lieu of foreclosure.

If you would like contact information for counseling agencies or programs in your area, call the U.S. Department of Housing and Urban Development (HUD) at 1-800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. If you would like contact information for a state housing finance agency, contact the U.S. Consumer Financial Protection Bureau (CFPB) at http://www.consumerfinance.gov/mortgagehelp/.

Sincerely,

JESSE MCCARTHY
NMLS # 38078; # 1195811

BSI Financial Services

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

T06_T31-01112016_CA12172015

**Licensed as Servis One, Inc. dba BSI Financial Services**.

BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.